UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-M-115

FILED

DEC 2 0 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) ORDER ALLOWING DISMISSAL OF
) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
POROCHISTA CLARK )

Leave of court is granted for the filing of the foregoing dismissal.

12-20-2010
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE